UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

**Jason Wimberly**

                                        Plaintiff(s),                    Civil Action No. 26-CV-5949

           -against-                                                     **Affidavit of Service**

ATLANTIC DIALYSIS MANAGEMENT SERVICES, LLC;
CENTRAL PARK DIALYSIS CENTER;
TERRENCE CARDINAL COOKE HEALTH CARE CENTER / ARCHCARE;
GOLDBERG SEGALLA LLP; SCOTT R. GREEN; CHARLES LAZO;
LORNA BAUTISTA,
R.N.; PAULINE [LAST NAME UNKNOWN];
ENRIQUE [LAST NAME UNKNOWN];
YASMIN [LAST NAME UNKNOWN]; FAUSI [LAST NAME UNKNOWN];
JACKIE [LAST NAME UNKNOWN];
ROSEMARY JOHNSON; GLENN [LAST NAME UNKNOWN];
JAVITA BANKS, LMSW; RACHEL JAGDEO;
JODUMUTT GANESH BHAT, M.D.; and
PREMILA BHAT

                                        Defendant(s),
------------------------------------------------------------------------X

I, **David Campbell**, being duly sworn, deposes and says that I am over 18 years of age and not a party to this action, that on **July 24th, 2026** at approximately **3:25 PM**, I served a true copy of the within **SUMMONS, VERIFIED COMPLAINT**, bearing **Civil Action No. 26-CV-5949** in reference to the above action at **23-14 College Point Blvd, Flushing NY 11356**, upon ATLANTIC DIALYSIS MANAGEMENT SERVICES, LLC et al (at Defendant's actual place of business), in the following manner:

By delivering to and leaving said papers with a **Steven Sotero**, a person of suitable age and discretion, who identified as a Director of Compliance who works at the above address, and who knew the person so served and receive service of process and was authorized to receive such service. The person served is described as: male, tan skin color, salt and pepper hair color, approximately **50-60** years of age, approximately **5'4 to 5'8** ft in height,  over 200 **lbs.**

Dated: August, 3st 2026

Sworn to before me, the undersigned Notary

Public, this _3_ day of August, 2026

_D. Campbell_ (signature)

**David Campbell**

LELETHIA WOOTEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WO6415111
Qualified in Nassau County
My Commission Expires 03-06-2029

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

**Jason Wimberly**

                              Plaintiff(s),                       Civil Action No. 26-CV-5949

          -against-                                   **Affidavit of Service**

ATLANTIC DIALYSIS MANAGEMENT SERVICES, LLC;
CENTRAL PARK DIALYSIS CENTER;
TERRENCE CARDINAL COOKE HEALTH CARE CENTER / ARCHCARE;
GOLDBERG SEGALLA LLP; SCOTT R. GREEN; CHARLES LAZO;
LORNA BAUTISTA,
R.N.; PAULINE [LAST NAME UNKNOWN];
ENRIQUE [LAST NAME UNKNOWN];
YASMIN [LAST NAME UNKNOWN]; FAUSI [LAST NAME UNKNOWN];
JACKIE [LAST NAME UNKNOWN];
ROSEMARY JOHNSON; GLENN [LAST NAME UNKNOWN];
JAVITA BANKS, LMSW; RACHEL JAGDEO;
JODUMUTT GANESH BHAT, M.D.; and
PREMILA BHAT

                          Defendant(s),

--------------------------------------------------------------------X

I, **David Campbell**, being duly sworn, deposes and says that I am over 18 years of age and not a party to this action, that on **July 24th, 2026** at approximately 2**:18 PM**, I served a true copy of the within **SUMMONS, VERIFIED COMPLAINT,** bearing **Civil Action No. 26-CV-5949** in reference to the above action at **1249 5th Ave 2nd Fl NY, Ny  10029,** upon ATLANTIC DIALYSIS MANAGEMENT SERVICES, LLC et al (at Defendant's actual place of business), in the following manner:

    By delivering to and leaving said papers with a **Patrick Acosta** , a person of suitable age and discretion, who identified as a Nurse Coordinator who works at the above address, and who knew the person so served and receive service of process and was authorized to receive such service. The person served is described as: male, tan skin color, salt and pepper hair color, approximately **40-50** years of age, approximately **5'4 to 5'8** ft in height,  over 200 **lbs.**

Dated: August, 3st 2026

Sworn to before me, the undersigned Notary

Public, this ___3___ day of August, 2026

                                            **David Campbell**

LELETHIA WOOTEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WO6415111
Qualified in Nassau County
My Commission Expires 03-08-2029

8/3/2026