UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,
Plaintiff,

-v-

ATLANTIC DIALYSIS MANAGEMENT SERVICES, LLC, *et al.*,
Defendants.

26-CV-5949 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 4, 2026, Defendants Atlantic Dialysis Management Services, LLC; Central Park Dialysis Center; Hilario Flauta; Lorna Bautista; Rosemary Johnson; Rachel Jagdeo; Jodumutt Ganesh Bhat, M.D.; and Premila Bhat (collectively, the "Atlantic Defendants") filed a letter motion, requesting a conference and seeking an order that would (1) declare Plaintiff Jason Wimberly to be a vexatious litigant; (2) impose a statewide filing injunction precluding the filing of any pleading without first obtaining leave of court; (3) require Wimberly to submit a certificate regarding the use of generative artificial intelligence and a certificate of compliance with Rule 11(b) in support of future applications for leave to file; (4) direct Wimberly to immediately cease threatening future litigation against the parties named in this and any related action, and their respective attorneys; and (5) direct Wimberly to cease all email correspondence to counsel not related to this action. (*See* ECF No. 26.)

To date, Wimberly has filed no response in opposition to the Atlantic Defendants' letter motion. If Wimberly intends to oppose the letter motion, Wimberly shall file such opposition by October 9, 2026. Wimberly's opposition shall be no longer than fifteen pages.

The Atlantic Defendants shall file their reply, if any, no later than fourteen days after Wimberly's opposition is docketed. Any such reply shall be no longer than ten pages.

The Court will schedule a conference on the relief requested in the Atlantic Defendants' letter motion after the parties have filed their respective papers, or after the window to do so has elapsed.

The Clerk of Court is directed to mail a copy of this Order to Wimberly.

SO ORDERED.

Dated: September 16, 2026
New York, New York

J. PAUL OETKEN
United States District Judge